Cotton v Pems, Tool & Mach., Inc. (2025 NY Slip Op 05353)

Cotton v Pems, Tool & Mach., Inc.

2025 NY Slip Op 05353

Decided on October 3, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on October 3, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: WHALEN, P.J., CURRAN, SMITH, OGDEN, AND HANNAH, JJ.

630 CA 24-00894

[*1]ERIN COTTON, AS ADMINISTRATOR OF THE ESTATE OF MATTHEW A. COTTON, DECEASED, PLAINTIFF-APPELLANT,
v
PEMS, TOOL & MACHINE, INC., ALEXANDER M. STONE, DEFENDANTS-RESPONDENTS, ET AL., DEFENDANTS. 

MITCHELL DRANOW, SEA CLIFF, FOR PLAINTIFF-APPELLANT. 
ONDROVIC & PLATEK, PLLC, WHITE PLAINS (JEREMY D. PLATEK OF COUNSEL), FOR DEFENDANTS-RESPONDENTS.

 Appeal from an order of the Supreme Court, Herkimer County (Julie G. Denton, J.), entered June 6, 2024. The order, among other things, granted the motion of defendants PEMS, Tool & Machine, Inc., and Alexander M. Stone for summary judgment dismissing the complaint against them. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: October 3, 2025
Ann Dillon Flynn
Clerk of the Court